# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LEZZERIO HOWARD, | Case No. 3:22-cv-310 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Jill E. McCook |
| DAPHNE BOWENS and LEE ANN HAMBLIN, | |
| *Defendants*. | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. Also, the Clerk is **DIRECTED** to close the file.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT